# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alvaro Ruiz,<br><br>Plaintiff(s)/Petitioner(s)<br><br>v.<br><br>City of Ontario, et al.,<br><br>Defendant(s)/Respondent(s) | Case No. 5:25-cv-02433-FLA (SK)<br><br>**ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED** *IN FORMA PAUPERIS*<br><br>CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

☒ accepts the findings, conclusions and recommendations of the Magistrate Judge.
☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.
☐ _____, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
☒ **DENIED**. This case is DISMISSED  ☐ with prejudice. ☒ without prejudice. **(JS-6).**
☐ **DENIED**, with leave to amend  ☐ the IFP application  ☐ the complaint/petition within 30 days.
   If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
☐ **GRANTED**.
☐ **GRANTED**. **IT IS FURTHER ORDERED** that:
   In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
☐ **GRANTED**;
   ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
   ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other:

Dated: 10/9/2025

By: _____
HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25   Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)